CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04049

Parks v. Davol, Inc. et al
Assigned to: Judge Sim Lake
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 11/29/2007
Date Terminated: 01/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ruby N. Parks** represented by

**David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3263116) filed by Ruby N. Parks. (Attachments: # 1 Civil Cover Sheet Ruby N. Parks)(Alexander, David) (Entered: 11/29/2007) |
| 11/29/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/7/2008 at 02:00 PM in Courtroom 9B before Judge Sim Lake.( Signed by Judge Sim Lake ) Parties notified.(mmapps, ) (Entered: 11/29/2007) |
| 12/14/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Ruby N. Parks, filed.(Alexander, David) (Entered: 12/14/2007) |
| 01/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/14/08. Parties notified.(jbradford, ) (Entered: 01/24/2008) |
| 01/24/2008 | | Interdistrict transfer to District of Rhode Island. Case transferred electronically. Rhode Island case number 08−2134. (jbradford, ) (Entered: 01/24/2008) |